UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ASHLEIGH MACKIN, Individually<br><br>     Plaintiff,<br><br>     v.<br><br>VAISHNO HOSPITALITY INC., A Vermont Corporation<br><br>     Defendant. | CASE NO: 5:21-CV-00246-gwc |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to the above captioned matter hereby stipulate that this action shall be dismissed with prejudice, with each Party bearing its own attorneys' fees and costs.

Dated: July 15, 2022          /s/ Kerin E. Stackpole
                                              Kerin E. Stackpole, Esq.
                                              Daniel R. Long, Esq.
                                              PAUL FRANK + COLLINS P.C.
                                              PO Box 1307
                                              Burlington, VT 05402-1307
                                              (802) 658-2311
                                              kstackpole@pfclaw.com
                                              dlong@pfclaw.com
                                              *Attorneys for Vaishno Hospitality, Inc.*

Dated:  July 15, 2022         /s/ Tristan W. Gillespie
                                              Tristan W. Gillespie, Esq.
                                              THOMAS B. BACON, P.A.
                                              600 Blakenham Court
                                              Johns Creek, GA 30022
                                              (404) 276-7277
                                              Gillespie.tristan@gmail.com
                                              *Attorneys for Ashley Mackin*

SO ORDERED:

Dated: _____          _____
                                                                       U.S. District Court Judge