U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUL 20 PM 12: 12

CLERK

BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ASHLEIGH MACKIN, Individually

    Plaintiff,

    v.

VAISHNO HOSPITALITY INC., A Vermont Corporation

    Defendant.

CASE NO: 5:21-cv-246

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to the above captioned matter hereby stipulate that this action shall be dismissed with prejudice, with each Party bearing its own attorneys' fees and costs.

Dated: July 15, 2022

/s/ Kerin E. Stackpole
Kerin E. Stackpole, Esq.
Daniel R. Long, Esq.
PAUL FRANK + COLLINS P.C.
PO Box 1307
Burlington, VT 05402-1307
(802) 658-2311
kstackpole@pfclaw.com
dlong@pfclaw.com
*Attorneys for Vaishno Hospitality, Inc.*

Dated: July 15, 2022

/s/ Tristan W. Gillespie
Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
600 Blakenham Court
Johns Creek, GA 30022
(404) 276-7277
Gillespie.tristan@gmail.com
*Attorneys for Ashley Mackin*

SO ORDERED:

Dated: 7/20/2022

_____
Chief Judge, U.S. District Court

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401